# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. BRAUN ) | 1:06-cv-00849-AWI WMW HC |
| Petitioner, ) | |
| vs. ) | ORDER DENYING MOTION FOR SCHEDULING ORDER AND EXPEDITED REVIEW |
| W. J. SULLIVAN, Warden, ) | [Doc. 4] |
| Respondent. ) | |

Petitioner is a federal prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241.  On August 7, 2006, Petitioner filed a motion requesting a scheduling order and expedited review.  The court understands Petitioner's need and desire to have his case heard quickly as he believes that relief is warranted.  However, the court has pending before it at any given time hundreds of habeas cases wherein each prisoner alleges that relief is warranted.  Case management at the court proceeds by the order cases are received.  Due to the high volume of such cases and the court's diligent handling of each case, a court decision often takes time.  Petitioner can rest assured that the court acts to

resolve all pending cases in the most efficient manner possible. Accordingly, Petitioner's case will be heard in due course. Petitioner's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   February 14, 2007**              /s/  William M. Wunderlich
bl0dc4                                      UNITED STATES MAGISTRATE JUDGE

2